## UNITED MILK CRATE CORPORATION, Appellant, v. G. H. TENNANT COMPANY.

### No. 10279.

Circuit Court of Appeals, Eighth Circuit.
March 5, 1935.

F. C. Caswell, of Minneapolis, Minn., for appellant.

C. E. Adams and Baldwin, Holmes, Mayall & Reavill, all of Duluth, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

## STATE OF MISSOURI, etc., Appellant, v. Nelson E. JOHNSON, Receiver, etc.

### No. 9977.

Circuit Court of Appeals, Eighth Circuit.
March 11, 1935.

Roy McKittrick, Atty. Gen., and Harry G. Waltner, Jr., and Charles M. Howell, Jr., Asst. Attys. Gen., for the State of Missouri.

Nelson E. Johnson, of Kansas City, Mo., for appellee.

PER CURIAM.

Reversed, with costs, and remanded to District Court; with directions to enter a judgment against the appellee, Nelson E. Johnson, as receiver of the Atlantic, Pacific & Gulf Oil Company, for the sum of 2 cents per gallon for each gallon of gasoline received for sale by him in the state of Missouri as such receiver, less 3 per cent. of such gallonage as shrinkage; said sum to bear interest according to law, and said judgment to be classed as an operating expense of said receiver and to be given priority according to law, pursuant to stipulation of parties.

## UNITED STATES of America, Appellant, v. Thomas J. BRAZIL, Guardian, etc.

### No. 10185.

Circuit Court of Appeals, Eighth Circuit.
Nov. 28, 1934.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for the United States.

Fadjo Cravens, of Fort Smith, Ark., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant.